AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   **25mj3067** |
| JOSHUA BLACK | ) | |
| (YOB 2004) | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    August 3, 2025    in the county of    San Juan    in the

District of    New Mexico   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 113(a)(3) | Assault with a Dangerous Weapon |
| 18 U.S.C. §§ 113(a)(6) | Assault Resulting in Serious Bodily Injury |
| 18 U.S.C. §§ 1153 | Crimes committed in Indian Country |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Andrew Wright, Special Agent FBI
*Printed name and title*

Telephonically sworn and electronically signed.

Date:    08/04/2025

*Judge's signature*

City and state:    Albuquerque, New Mexico

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. _____ |
| v. | |
| JOSHUA BLACK | AFFIDAVIT IN SUPPORT OF COMPLAINT |
| Year of birth: 2004 | |

I, Andrew Wright, being duly sworn, state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since December 2020. I am currently assigned to the Albuquerque Field Office, Farmington Resident Agency. My primary duties as a Special Agent with the FBI include investigating crimes occurring in Indian Country which include primarily investigating violent crimes that involve murder, assault, and felon in possession. I am familiar with the investigation and prosecution of violent crimes occurring in Indian Country, including the use of warrants to search for evidence. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, tribal and federal law enforcement agencies. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute arrest and search warrants issued under the authority of the United States.

2.     This affidavit is based upon my personal knowledge, and upon information reported to me by other federal, state, tribal, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable.

Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, tribal, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation.

3.      This affidavit is being submitted in support of a criminal complaint charging JOSHUA BLACK, year of birth 2004 (hereinafter referred to as BLACK) with 18 U.S.C. §§ 1153 and 113(a)(3), that being Assault with a Dangerous Weapon in Indian Country, and 18 U.S.C. §113(a)(6), that being Assault Resulting in Serious Bodily Injury.

## PROBABLE CAUSE

4.      On August 3, 2025, the Navajo Nation Police Department received a call for service at a home located in Shiprock New Mexico. (GPS coordinates for the home is 36.683835, -108.696902) (hereinafter referred to as the INCIDENT LOCATION). The nature of the report was of two males fighting and an ambulance was needed. One of the males was bleeding from the head and the other male had already fled the INCIDENT LOCATION.

5.      Responding officers from the Navajo Nation Police Department (NNPD) arrived at the incident location and observed M.G., year of birth 1973, (hereinafter referred to as JOHN DOE) lying on the ground bleeding from his face. It was found that JOHN DOE along with A.L., year of birth 1945, (hereinafter referred to as JANE DOE) were both assaulted by BLACK . NNPD Officers attempted to locate BLACK however they were unable to locate him in the area. JOHN DOE and JANE DOE were transported to Northern Navajo Medical Center's (NNMC) Emergency Department.

6.      Investigators arrived at the NNMC and spoke with the medical staff caring for JOHN DOE. JOHN DOE was intubated and sedated. The staff described the injuries JOHN DOE sustained as critical and sever. Due to the extent of the damage and likely fatal outcome from the injuries the NNMC arranged for an air transport for JOHN DOE to be taken to UNM Hospital in Albuquerque, New Mexico. JOHN DOE received a CT Scan of JOHN DOE's head. Some of the injuries JOHN DOE sustained are as follows: 1. Left frontal parenchymal hemorrhage, 2. Right frontal intraparenchymal hemorrhage, 3. Significant right-sided subdural hematoma, 4. 8 millimeter of midline shift right-to-left, and 5. Subarachnoid hemorrhage.

7.      During an interview with JANE DOE it was discovered that BLACK lives at the INCIDENT LOCATION with JANE DOE and her husband J.L., year of birth 1941, (hereinafter referred to as WITNESS 1). BLACK had taken WITNESS 1's cell phone the day prior and had not returned it. BLACK was away from the house for an extended period of time since the night before. When BLACK returned home he was questioned about where the phone was. BLACK explained that he had lost the phone. Sometime during this conversation between BLACK and WITNESS 1, JOHN DOE entered the home at the INCIDENT NOCATION. Those in the home at that time were BLACK, JANE DOE, JOHN DOE, AND WITNESS 1.

8.      JOHN DOE began to walk through the house and past BLACK. BLACK pushed JOHN DOE at that point JOHN DOE pushed BLACK. The two began to fight inside the front room of the house. According to a statement made by WITNESS 1 at some point during the altercation inside the house JOHN DOE was on the floor by the

3

fireplace. BLACK, using his hands, grabbed onto JOHN DOE's head and began to slam JOHN DOE's head into the hard sharp corner of the base to the fireplace, and against the cement blocks lining the fireplace. Investigators did observe a large amount of what appeared to be blood on the edges of the fireplace, along with the floor.

9.      JANE DOE continued to explain that the fight between JOHN DOE and black continued outside near a structure on the property just outside the house. JANE DOE observed BLACK hitting and kicking JOHN DOE repeatedly. WITNESS 1 and JANE DOE attempted to stop BLACK from assaulting JOHN DOE by using a rope and wrapping it around BLACK's legs. WITNESS 1 managed to wrap BLACK's legs and gave the rope to JANE DOE while WITNESS 1 attempted to call for help and possibly get more rope.

10.      While JANE DOE was holding the rope she was in a seated position. BLACK sat down facing JANE DOE and used both of his legs to kick JANE DOE's ankles. JANE DOE is 80 years old and requires crutches to walk. JANE DOE described the pain she felt as among the worse pain she had ever felt. On a scale between 1 and 10 JANE DOE stated that the pain in her ankles was at a 10. Investigators observed a large amount of swelling on JANE DOE's ankles, especially the left ankle.

11.      BLACK continued to assault JOHN DOE. BLACK picked up a shovel and hit JOHN DOE with it over the head. The shovel broke. At that point BLACK retrieved a board. BLACK hit JOHN DOE over the head and face multiple times with the board. JOHN DOE kept saying "Josh don't hit me." BLACK was assaulting JOHN DOE near a

4

metal 55 gallon burn barrel that was filled with ash. During the assault BLACK intentionally tipped the barrel of ash on top of JOHN DOE covering him with ashes.

12. JANE DOE, in fear for her life, hid herself on the other side of the structure. BLACK followed JANE DOE and pushed her down to the ground. BLACK aggressively ripped JANE DOE's glasses from her head, causing minor contusions to her head. BLACK then took JANE DOE's crutches. JANE DOE stated that she has a pacemaker and due to the fear, she began to experience a large amount of pain in her chest. JANE DOE quantified the pain as being between 8 and 9. JANE DOE stated that she was fearful that BLACK was going to hurt her in the same way that he hurt JOHN DOE. Eventually, BLACK walked off and back into the house.

13. During an interview with WITNESS 1 it was discovered that BLACK entered the house and pushed WITNESS 1 down to the floor. WITNESS 1 is 84 years old. BLACK left the INCIDENT LOCATION prior to officers' arrival.

14. During an interview with E.H., year of birth 1966, (hereinafter referred to as WITNESS 2) it was discovered that WITNESS 2 arrived after the assault took place against JOHN DOE. WITNESS 2 observed JOHN DOE who stated that he was cold. JOHN DOE continued to try and speak with WITNESS 2, however he was mumbling and WITNESS 2 could not understand JOHN DOE. WITNESS 2 observed that JOHN DOE had extensive injuries to his face and head and was bleeding a lot. WITNESS 2 placed a blanket on JOHN DOE.

15.   The medical responders and police arrived and as they began to move JOHN DOE. WITNESS 2 observed a board underneath JOHN DOE. WITNESS 2 believed the board she observed was the one used to assault JOHN DOE.

16.   Investigators processed the INCIDENT LOCATION. Investigators found a board approximately 2 feet long, a wooden handle, the head to a shovel, and a crutch. Each of those items had what appeared to be blood on them. They were collected and will be maintained as evidence with this case.

17.   Officers with the Navajo Nation Police Department located BLACK in the home of the INCIDENT LOCATION hidden inside the box springs. WITNESS 1 stated that BLACK had returned to the home at approximately 1:30 am.

## JURISDICTIONAL STATEMENT

18.   Upon information and belief, and according to the NPD, the residence located at GPS coordinates 36.683835, -108.696902, where the incident took place, is within the community of Shiprock, New Mexico which is entirely within the exterior boundaries of the Navajo Nation, in the State and District of New Mexico, and is Indian Country for purposes of federal law.

19. JANE DOE, JOHN DOE, and BLACK are enrolled members of the Navajo Nation and are Indians for purposes of federal law.

## CONCLUSION

20. Based on the above information, I submit that there is probable cause to believe

that BLACK violated 18 U.S.C. §§ 1153 and 113(a)(3), that being Assault with a Dangerous Weapon in Indian Country, and 18 U.S.C. §113(a)(6), that being Assault Resulting in Serious Bodily Injury.

21.   Therefore, I respectfully request that the Court approve the attached criminal complaints and issue arrest warrants.

22.   This complaint was reviewed and approved by Assistant United States Attorney Jack Burkhead.

Andrew Wright
Special Agent
Federal Bureau of Investigation

Subscribed to and telephonically sworn before me
this 4 day of August 2025

Laura Fashing
United States Magistrate Judge

7