**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 26 2025

**MITCHELL R. ELFERS
CLERK**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>vs. )<br><br>**JOSHUA BLACK,** )<br><br>Defendant. ) | CRIMINAL NO. 25 - 3354 MLG<br><br>Count 1: 18 U.S.C. §§ 1153 and 113(a)(1): Assault with Intent to Commit Murder;<br><br>Count 2: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon;<br><br>Count 3: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

### I N D I C T M E N T

The Grand Jury charges:

#### Count 1

On or about August 3, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JOSHUA BLACK,** an Indian, assaulted John Doe, and the assault was done with the specific intent to commit murder.

In violation of 18 U.S.C. §§ 1153 and 113(a)(1).

#### Count 2

On or about August 3, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JOSHUA BLACK,** an Indian, assaulted John Doe with a dangerous weapon, specifically, wooden board and shovel, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

<u>Count 3</u>

On or about August 3, 2025, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **JOSHUA BLACK**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

_/s/_____

FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney